# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** MA | **Category No.** II | **Investigating Agency** FBI | |
| **City** Quincy | | | |
| **County** Norfolk | | | |

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 24-mj-6362-MPK
Search Warrant Case Number: 22-6282-MPK;22-6283-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** Carter Peaseley                    **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____
**Address:** _____

**Birth date (Yr only):** 1983  **SSN (last 4#):** ____  **Sex:** Male  **Race:** ____  **Nationality:** United States

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Daivd Tobin    **Bar Number if applicable:** 552558

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/10/2024    **Signature of AUSA:** /s/ David G. Tobin

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Carter Peaseley

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A | Receipt of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013